In the Matter of the Accounting of IRVING PODOWITZ, as Executor of JACOB PODOWITZ, Deceased. IRVING PODOWITZ, Individually and as Executor of JACOB PODOWITZ, Deceased, Appellant; IDA PODOWITZ, Respondent.— Motion to dismiss appeal from order, entered February 10, 1955, granted, with $10 costs, unless the appellant procures the record on appeal to be filed on or before May 2, 1955, with notice of argument for May 10, 1955, said appeal to be argued or sub-

mitted when reached. The notice of appeal is corrected *nunc pro tunc* as of March 2, 1955, to show that the appeal is from the order, entered February 10th, and that it is not from a "decree". Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.